UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Thomas M. Stewart,
    Plaintiff

v.           Case No.  1:12-cv-214

Simon Leis, et al.,
    Defendants

# ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed April 10, 2012 (Doc. 4).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). .

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

    Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.   Plaintiff's complaint is **DISMISSED** for failure to state a claim.

    This Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) an appeal of this Order would not be taken in good faith, and therefore **DENIES** plaintiff leave to appeal in forma pauperis.  See Fed. R. App. P. 24(a); Kincade v. Sparkman, 117 F.3d 949, 952 (6th Cir. 1997).

Date: May 3, 2012                               s/Sandra S. Beckwith
                                                      Sandra S. Beckwith, Senior Judge
                                                      United States District Court